UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CATHERINE MARY CARLSON,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Case No. 10-cv-5739-RSM-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 3. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 21.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that on remand, the Administrative Law Judge (ALJ) shall re-assess all of the medical evidence of record, including but not limited to the opinions of John Lowry, D.O., Daniel M. Neims, Psy.D., Terilee Wingate, Ph.D., and Thomas Clifford, Ph.D.; shall identify medical sources by name; shall state the weight given to medical opinions; and shall give appropriate

REPORT AND RECOMMENDATION
PAGE - 1

reasons if any medical opinion is rejected. The ALJ shall also re-assess plaintiff's credibility and residual functional capacity, as well as plaintiff's ability to perform her past relevant work. Finally, the ALJ shall ensure that the hypothetical question to the vocational expert incorporates all of the limitations set forth in the residual functional capacity.

The parties further stipulate that, upon proper presentation, plaintiff is entitled to reasonable attorneys fees and costs pursuant to 28 U.S.C. § 2412(d).

A proposed order accompanies this Report and Recommendation.

DATED this 14th day of March, 2011.

*/s/ James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2